

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Hannah Sprague and Delmas Meek,     * From the 266th District Court
of Erath County,
Trial Court No. CV36531.

Vs. No. 11-23-00213-CV     * January 30, 2025

Erwin J. Roberts and Julie Roberts,     * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Hannah Sprague and Delmas Meek.